# BRIAN J. DAVIS, P.C.
### Attorney at Law
400 garden city plaza, suite 430
Garden city, New York 11530

Brian J. Davis, esq.
*admitted in ny & fl

Phone: (516) 542-0249
Fax: (516) 542-0259
Email: briandavis@bjdpc.com

angel hiotakis
paralegal

**VIA: ECF**

July 18, 2012

Honorable Joseph F. Bianco
United States District Judge
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4454

      Re:    USA v. Salvatore Romano
             Docket No.: 09-CR-170(S-2)-03

Dear Judge Bianco:

     I respectfully write on behalf of my client, Salvatore Romano. We are asking your permission for Mr. Romano to travel to Billings, MT between the dates of August 13, 2012 and August 20, 2012. As you are aware, his oldest son, Salvatore Romano, plays professional baseball for the Cincinnati Reds minor league organization. Mr. Romano is requesting Your Honor's permission to spend a week in Billings, MT to see his son play baseball. His flight and hotel reservation are as follows:

| | |
|---|---|
| Departing Flight: | August 13, 2012 at 6:25AM, Delta Flight #1707, layover in MN until 9:15AM, Delta Flight #3307 - Arrives in Billings, MT at 10:25AM. |
| Returning Flight: | August 20, 2012 at 1:30PM, Delta Flight #1311, layover in Minneapolis, MN until 7:14PM, Delta Flight #2170 - Arrives in Hartford, CT at 10:48PM. |

     Lexington Inn and Suites
     3040 King Ave West
     Billings, MT 59102
     406-294-9090
     Check in date: Monday, August 13, 2012
     Check out date: Monday, August 20, 2012

     I have advised AUSA Thomas Sullivan of this request, who has no objection. It is respectfully requested that the Court grant my client permission to travel as set forth above.

Your Honor's attention and consideration to this matter is greatly appreciated.

        Respectfully Submitted,
        **BRIAN J. DAVIS, P.C.**

By: *[signature]*
     Brian J. Davis, Esq.

cc: AUSA Thomas Sullivan (via ECF)